No. 86–5086. PETRIC v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 86–5087. MILLER v. BOLGER, POSTMASTER GENERAL OF THE UNITED STATES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5088. MILLER v. WEBSTER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5089. WRIGHT v. FIRESTONE TIRE & RUBBER CO. C. A. 11th Cir. Certiorari denied.

No. 86–5091. KNOX v. NATIONAL BANK OF COMMERCE OF KERRVILLE. Sup. Ct. Tex. Certiorari denied.

No. 86–5092. HERNANDEZ v. TEXAS. Ct. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 86–5093. TSCHETTER ET UX. v. MITCHELL-HURON PRODUCTION CREDIT ASSN. Sup. Ct. S. D. Certiorari denied.

No. 86–5097. JENSON v. MCDOUGALD. C. A. 11th Cir. Certiorari denied.

No. 86–5099. ALI v. BUFFALO FORD STAMPING DIVISION OF THE FORD MOTOR CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5101. TATE v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 86–5102. SMITH v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 86–5103. WARNER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 86–5104. MITCHELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–5105. NOLL v. PETROVSKY, WARDEN. C. A. 8th Cir. Certiorari denied.